THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
PERCY WEINER, Appellant.

(Argued April 13, 1931; decided May 12, 1931.)

*Hieronimus A. Herold* for appellant.

*Thomas C. T. Crain, District Attorney* (*Robert Daru* of counsel), for respondent.

Judgment of the Appellate Division and that of the trial court reversed and new trial ordered on the ground that the evidence was insufficient to warrant the submission of the case to the jury; no opinion.

Concur: CRANE, LEHMAN, KELLOGG and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., POUND and O'BRIEN, JJ.